931 F.2d 888
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Zahir SHAH, Defendant-Appellant.
 No. 91-7261.
 United States Court of Appeals, Fourth Circuit.
 Submitted April 8, 1991.
Decided April 29, 1991.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Joseph C. Howard, District Judge. (CR-88-146)
 Zahir Shah, appellant pro se.
 Breckinridge Long Willcox, United States Attorney, Katherine Jacobs Armentrout, Assistant United States Attorney, Baltimore, Md., for appellee.
 D.Md.
 AFFIRMED.
 Before MURNAGHAN, SPROUSE and NIEMEYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Zahir Shah appeals from the district court's order denying his motion for a transcript at government expense. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Shah, CR-88-146 (D.Md. Nov. 27 and Dec. 11, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.